CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 29 2008

JOHN F. CORCORAN, CLERK
BY: /s/ L. Bright
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAMSIDDEEN ISIAH HATCHER,<br>    Plaintiff, | Civil Action No. 7:08-cv-08CV00440 |
| v. | **FINAL ORDER** |
| BRISTOL CITY SHERIFF'S OFFICE,<br>et. al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim, and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of July, 2008.

/s/ James C. Turk
Senior United States District Judge